UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEREMIAH HUNLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EAST TENNESSEE ZINC )<br>COMPANY, LLC, TENNESSEE )<br>ZINC SERVICES COMPANY, )<br>LLC, INDUSTRIAL DEVELOPMENT )<br>BOARD OF JEFFERSON )<br>COUNTY, INNOVATIVE )<br>TRAINING SOLUTIONS, )<br>MOSSY CREEK MINING COMPANY, )<br>11 E RENTALS, LLC and )<br>GLENCORE, LTD, INC. )<br>)<br>Defendants. ) | Civil Action No.: 3:08-CV-397<br>JURY DEMANDED |

## NOTICE AS TO STIPULATION OF DISMISSAL

Comes the plaintiff, Jeremiah Hunley, by and through counsel, and announces to the Court that Plaintiff desires to have a voluntary nonsuit without prejudice entered against all named defendants, who have stipulated to this dismissal with their signatures below, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the same being well taken;

IT IS THEREFORE ACCORDINGLY ORDERED, that the Plaintiff's actions against the defendants, East Tennessee Zinc Company, LLC, Tennessee Zinc Services Company, LLC., Industrial Development Board of Jefferson County, Innovative Training Solutions, Mossy Creek Mining Company, 11 E Rentals, LLC, and Glencore LTD, Inc.,

are hereby dismissed without prejudice with the cost of the same to be taxed to the Plaintiff.

ENTER this the 26th day of OcT, 2009.

*Thomas W Phillips*

JUDGE

APPROVED FOR ENTRY:

STANLEY & KURTZ, PLLC

By: s/Dan Channing Stanley
Dan Channing Stanley, BPR# 021002
Counsel for Plaintiff
STANLEY & KURTZ, PLLC
422 South Gay Street, Suite 301
Knoxville, Tennessee 37902
Telephone: (865) 522-9942

s/Travis Venable
Travis Venable BPR#023072
Co-Counsel for Plaintiff
STANLEY & KURTZ, PLLC
422 S. Gay Street, 3rd Floor
Knoxville, TN 37902
(865) 522-9942

s/ P. Edward Pratt
P. Edward Pratt, BPR# 012758
Attorney for Glencore, Ltd Inc.
Baker, Donelson, Bearman & Caldwell
900 South Gay Street, Suite 2200
Knoxville, TN 37902

s/ Deborah Stevens
Deborah Stevens, BPR#007241
Lynn C. Peterson, BPR#012201
Attorneys for East Tennessee Zinc Company, LLC
Tennessee Zinc Services Company, LLC and
Industrial Development Board of Jefferson County
Lewis, King, Krieg & Waldrop, P.C.
620 Market Street, Fifth Floor
Knoxville, TN 37901

s/ Keith Aldridge
L. Keith Aldridge, BPR#024288
Attorney for Mossy Creek Mining
David J. Sneed & Associates
412 N. Cedar Bluff Road, Suite 301
Knoxville, TN 37923

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon counsel for all parties at interest in this case by delivering a true and exact copy of said pleading to the offices of said counsel, or by placing a true and exact copy of said pleading in the United States Mail, addressed to said counsel at his office, with sufficient postage thereon to carry the same to its destination.
*This 23rd day of October, 2009.*

By: *s/Travis Venable*